UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TYJUAN CASSIDY,

                           Plaintiff,

     - against -

CITY OF NEW YORK, et al.,

                           Defendants.

------------------------------------------------------------X

**ORDER**

**10-CV-0637 (NGG) (MDG)**

**GO, United States Magistrate Judge:**

Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendants without prepayment of fees.

SO ORDERED.

Dated: May 14, 2010
       Brooklyn, New York

                                        /s/
                                   MARILYN D. GO
                                   United States Magistrate Judge